UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24137-CIV-WILLIAMS

CAROL TRIMINIO,

    Plaintiff,

vs.

TD RETAIL CARD SERVICES, *et al.*

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff Carol Triminio and Defendant Trans Union, LLC's notice of Joint Voluntary Dismissal with Prejudice. (DE 11). According to the notice "the parties represent that all issues related to this action are resolved and satisfied."[1] Upon review of the notice and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 22nd day of December, 2016.

                            KATHLEEN M. WILLIAMS
                            UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that service of process was never effectuated on the other Defendant in this case, TD Retail Card Services.