UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CAROL V. TRIMINIO,

            Plaintiff,

v.

TD RETAIL CARD SERVICES
and TRANS UNION, LLC,

            Defendants.
_____/

CASE NO.: 16-cv-24137-KMW

**JOINT VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Carol Triminio ("Plaintiff"), and Defendant, TD Retail Card Services, ("Defendant") (collectively referred to as the "parties"), by and through the undersigned counsels of record, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Joint Voluntary Dismissal of this action. Plaintiff agrees to dismiss the instant action against Defendant with prejudice. Plaintiff and Defendant agree to bear responsibility for their own attorney's fees and costs associated with the instant action, except as otherwise agreed. The parties represent that all issues related to this action are resolved and satisfied.

      Date: December 27, 2016

| | |
|---|---|
| s/ *Christopher Legg* | s/ *Emily Rottman* |
| Christopher W. Legg, Esq | Emily Rottman, Esq. |
| Buchwald Legg, PLLC | McGuire Woods, LLP |
| 3837 Hollywood Blvd., Ste. B | 50 N. Laura Street, Ste. 3300 |
| Hollywood, FL 33021 | Jacksonville, Florida 32202 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Carol Triminio* | *TD Retail Card Services* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Christopher Legg*
Christopher W. Legg, Esq.